# Court of Appeals
# of the State of Georgia

ATLANTA, March 23, 2021

*The Court of Appeals hereby passes the following order:*

**A21D0249. KENNETH MORRELL v. THE STATE.**

Kenneth Morrell submitted a filing in the Georgia Supreme Court challenging a variety of rulings by the trial court. The Supreme Court docketed the filing as an application for discretionary review and transferred it here. *See* Supreme Court Case No. S21D0720 (transferred Feb. 25, 2021). The only trial court order challenged by Morrell that is in the record is an order setting his pre-trial bond. We lack jurisdiction.

To obtain review of the order regarding pre-trial bond, Morrell was required to comply with the interlocutory appeal procedure set forth in OCGA § 5-6-34 (b), including obtaining a certificate of immediate review within ten days of the order and filing an application within ten days of the certificate. *See Mullinax v. State*, 271 Ga. 112, 112 (1) (515 SE2d 839) (1999); *Howard v. State*, 194 Ga. App. 857, 857 (392 SE2d 562) (1990). Morrell's failure to comply with the required procedure deprives this Court of jurisdiction over his application, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta, 03/23/2021*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*